**Laura B. WELCH et al., Appellants,**

v.

**CENTRAL DISPENSARY & EMERGENCY HOSPITAL, Inc., A Body Corporate, and Dr. Otto Inglehart, Appellees.**

**No. 13670.**

United States Court of Appeals District of Columbia Circuit.

Argued Oct. 17, 1957.

Decided Nov. 7, 1957.

Mr. Earl H. Davis, Washington, D. C., with whom Mr. Joseph D. Malloy, Washington, D. C., was on the brief, for appellants.

Mr. H. Mason Welch, Washington, D. C. with whom Messrs. J. Harry Welch, J. Joseph Barse and Arthur V. Butler, Washington, D. C., were on the brief, for appellees.

Before WASHINGTON, BASTIAN and BURGER, Circuit Judges.

PER CURIAM.

This is a suit against a hospital and a physician for negligence in the treatment of the female plaintiff. The District Court directed a verdict for the defendants at the close of plaintiffs' case. We have reviewed the record in the light of plaintiffs' contentions and find nothing to indicate that the District Court's disposition of the case was incorrect.

Affirmed.

**Fred N. MALOOF, Owner of Parcel No. 18, 19 Parcels of Land in Square No. 692 in the District of Columbia, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 13862.**

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 21, 1957.

Decided Dec. 5, 1957.

Mr. Frederick W. Grey Leslie, Washington, D. C., with whom Mr. H. Max Ammerman, Washington, D. C., was on the brief, for appellant.

Mr. Roger P. Marquis, Attorney, Department of Justice, for appellee.

Before EDGERTON, Chief Judge, and DANAHER and BASTIAN, Circuit Judges.

PER CURIAM.

Appellant complains of the proceedings, and the amount of the award, in a real estate condemnation case. We find no error affecting substantial rights.

Affirmed.